

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta
OCT - 7 2014
James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GIOVANNI CORBACHO (1),<br>    A/K/A "GIOVANNI BELLO";<br>ELIZABETH ECHENIQUE-RIVAS (2); and<br>JULIO BARRETO-ECHENIQUE (3). | Criminal Indictment No.<br><br>**1:14 CR 381** |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### 21 U.S.C. 952(a), 960(a)(1), 960(b)(2)(B), 960(b)(3), and 963

On or about September 7, 2014, in the Northern District of Georgia, and elsewhere, defendants,

GIOVANNI CORBACHO, A/K/A "GIOVANNI BELLO";
ELIZABETH ECHENIQUE-RIVAS; and
JULIO BARRETO-ECHENIQUE,

did, combine, conspire, confederate, agree, and having a tacit understanding with each other and with others known and unknown to commit violations of Title 21, United States Code, Sections 952(a) and 960(a)(1), that is, to knowingly and intentionally import a controlled substance into the Customs territory of the United States, from a place outside thereof, that is, Peru, said conspiracy involving:

(a) at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 963 and 960(b)(2)(B), as to defendant:

GIOVANNI CORBACHO, A/K/A "GIOVANNI BELLO,"

(b) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 963 and 960(b)(3), as to defendants:

ELIZABETH ECHENIQUE-RIVAS and
JULIO BARRETO-ECHENIQUE,

all in violation of Title 21, United States Code, Section 963.

## COUNT TWO
### 21 U.S.C. 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(C); and 18 U.S.C. 2

On or about September 7, 2014, in the Northern District of Georgia, and elsewhere, defendants,

GIOVANNI CORBACHO, A/K/A "GIOVANNI BELLO";
ELIZABETH ECHENIQUE-RIVAS; and
JULIO BARRETO-ECHENIQUE,

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute:

(a) at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2, as to defendant GIOVANNI CORBACHO, A/K/A "GIOVANNI BELLO",

(b) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2, as to defendants ELIZABETH ECHENIQUE-RIVAS and JULIO BARRETO-ECHENIQUE.

## COUNT THREE
### 18 U.S.C. 875(c) and 2

On or about and between September 7, 2014 and September 18, 2014, in the Northern District of Georgia, and elsewhere, the defendant GIOVANNI CORBACHO, A/K/A "GIOVANNI BELLO," aided and abetted by others known and unknown, did knowingly transmit in interstate and foreign commerce communications containing one or more threats to injure the person of another, to wit: communications threatening the lives and threatening to injure family members of his coconspirators, ELIZABETH ECHENIQUE-RIVAS AND JULIO BARRETO-ECHENIQUE, individuals whose identities are known to the Grand Jury, in violation of Title 18, United States Code, Section 875(c) and 2.

## **FORFEITURE PROVISION**

Upon conviction of one or more of the offenses alleged in COUNTS ONE and TWO of this Indictment, the defendants, GIOVANNI CORBACHO, A/K/A "GIOVANNI BELLO"; ELIZABETH ECHENIQUE-RIVAS; and JULIO BARRETO-ECHENIQUE, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853 and 970, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violations, including, but not limited to, a sum of money representing the amount of proceeds the defendant obtained as a result of the offenses.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without undue complexity or difficulty; the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United

States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A \_\_\_\_*live*\_\_\_\_ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

TASHEIKA HINSON
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, SW, Suite 600
Atlanta, GA 30303
Direct 404-581-6322
Fax 404-581-6181
Georgia Bar No. 300108